UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jared Shepherd,                                          Case No. 3:20-cv-520

          Plaintiff,

v.                                                     JUDGMENT ENTRY

Debt Recovery Solutions of Ohio, Inc.,

          Defendant.

For the reasons stated in the Memorandum Opinion and Order filed contemporaneously, I grant Defendant's motion to dismiss for lack of subject matter jurisdiction. (Doc. No. 4).

So Ordered.

                                                           s/ Jeffrey J. Helmick
                                                           United States District Judge